UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHEL MCDONALD, | No. 2:21-cv-1561 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES IN SACRAMENTO COUNTY, | |
| Defendant. | |

Plaintiff is proceeding pro se with the above-entitled action. The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On May 9, 2022, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

1

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 9, 2022 (ECF No. 9) are adopted in full;

2. Plaintiff's August 31, 2021 application to proceed in forma pauperis (ECF No. 3) is denied;

3. Plaintiff's December 7, 2021 amended complaint (ECF No. 6) is dismissed without further leave to amend;

4. Plaintiff's April 27, 2022 motion to appoint a special master (ECF No. 8) is denied;

5. Plaintiff's motion to join the magistrate judge as defendant (ECF No. 11) is denied as moot; and

5. This action is closed.

DATED: August 18, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE